## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, <br>         Plaintiffs <br>  vs. <br> S&S SYSTEMS OF AMERICA, INC., an Illinois corporation, and George J. Nichols individually <br>         Defendant. | No. 23-CV-1614 <br><br> Judge Kocoras |

### PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN

 Plaintiffs, by and through their attorneys, GRANT R. PIECHOCINSKI and ARNOLD AND KADJAN LLP, move this Court for Judgment in Sum Certain as to Count II of the Complaint against Defendants S&S Systems of America, Inc. and George J. Nichols individually. In support of their Motion, Plaintiffs state as follows:

 1. Defendant **S & S SYSTEMS OF AMERICA, INC.** was personally served with the Summons and Complaint on March 17, 2023.

 2. More than twenty-one days have passed after service of process and the Defendant, **S & S SYSTEMS OF AMERICA, INC.** has not filed a responsive pleading.

 3. The Defendant, **S & S SYSTEMS OF AMERICA, INC.** has not moved for additional time in which to answer or otherwise plead.

 4. Defendant, **George J. Nichols** was personally served on May 11, 2023.

 5. The Defendant, **George J. Nichols** has not moved for additional time in which to answer or otherwise plead.

1

6. The Defendant, **George J. Nichols**, executed an installment note individually and as corporate president of Defendant **S&S Systems of America, Inc.** (Ex. A Miller Affidavit ¶4)

7. The Defendants have failed to make any payments on the installment note. (Ex A ¶5).

8. Defendants owe $22,644.03 on the defaulted installment note. (Ex. A ¶6).

9. Pursuant to ERISA (29 U.S.C. §1132(g)) Plaintiffs are entitled to reasonable attorneys fees and costs.

10. Plaintiffs have incurred a total of $1,697.00 in fees and costs. (Ex. B ¶6).

11. Therefore, a total of **$24,341.03** is owed.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A. That the Defendant, **George J. Nichols and S&S Systems of America, Inc.** be found to be in default as to Count II of the Complaint;

B. That judgement be entered jointly and severally against Defendants **George J. Nichols and S&S Systems of America, Inc.** in the amount of **$24,341.03;**

C. Any such other and further relief that this Court deems appropriate under the circumstances.

                              Respectfully submitted,

                              TRUSTEES OF THE IBEW 701
                              FRINGE BENEFIT FUNDS

                              /s/ Grant R. Piechocinski
                              One of the attorneys for Plaintiffs

GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

## CERTIFICATE OF SERVICE

      That the undersigned, an attorney of record, hereby certifies that the Plaintiffs' Motion for Judgment in Sum Certain was sent via First Class Mail service to the party listed at the below indicated addresses.

To:    S&S Systems of America, Inc.
        c/o Charles G. Wentworth its registered agent
        536 Crecent Blvd., Suite 200
        Glen Ellyn, IL 60137

        George J. Nichols
        7251 West Palatine Avenue
        Chicago, IL 60631

                        Respectfully submitted,

                        TRUSTEES OF THE IBEW 701
                        FRINGE BENEFIT FUNDS

                        /s/ Grant R. Piechocinski
                        One of the attorneys for Plaintiffs

GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

3