# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trustees of the Pension, Welfare and Vacation Fringe Benefit Funds of IBEW Local 701

Plaintiff,

v.

Case No.: 1:23−cv−01614

Honorable Charles P. Kocoras

SS Systems of America, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 8, 2023:

MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing held on 08/08/2023. The Court notes that nobody appeared on defendant's behalf. Plaintiff's Motion for Sum Certain as to Count II of the Complaint [12] is granted. Judgment is entered jointly and severally against defendants, George J. Nichols and SS Systems of America, Inc. in the amount of $24,341.03. Enter Judgment Order. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.