IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) | No. 23-CV-1614 |
| Plaintiffs | ) | |
| vs. | ) ) | Judge Kocoras |
| S&S SYSTEMS OF AMERICA, INC., an Illinois corporation, and George J. Nichols individually | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Judgment in Sum Certain as to Count II of the Complaint [12], due notice being given, and the Court advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Defendants **George J. Nichols and S&S Systems of America, Inc.** are in Default as to Count II of the Complaint.
2. Judgment is hereby entered jointly and severally against Defendants, **George J. Nichols and S&S Systems of America, Inc.** in the amount of $24,341.03.

Charles P. Kocoras
United States District Judge

DATE: August 8, 2023

Grant R. Piechocinski
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415