IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLIMAGES S.A., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and <br> UNINCORPORATED ASSOCIATIONS <br> IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 23-cv-1614 <br><br> Hon. Thomas M. Durkin |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Millimages S.A. ("Millimages") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Millimages having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Millimages having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and none of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Millimages has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Millimages's federally registered trademarks (the "Millimages Trademarks") and infringing versions of Millimages's federally registered copyrights (the "Millimages Copyrights") (collectively, the "Millimages IP") to residents of Illinois. In this case, Millimages has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Millimages IP. *See* Docket No. 10, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Millimages IP.

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), copyright infringement (17 U.S.C. § 501), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Millimages's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Millimages IP or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Millimages product or not authorized by Millimages to be sold in connection with the Millimages IP;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Millimages product or any other product produced by Millimages, that is not Millimages's or not produced under the authorization, control, or supervision of Millimages and approved by Millimages for sale under the Millimages IP;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Millimages, or are sponsored by, approved by, or otherwise connected with Millimages; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Millimages, nor authorized by Millimages to be sold or offered for sale, and which bear any of Millimages's trademarks, including the Millimages IP, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public

      Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Millimages's choosing:

    a. transfer the Defendant Domain Names to Millimages's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Millimages's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Millimages's selection; or

    b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

        a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Millimages IP; and

        b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Millimages IP or any reproductions, counterfeit copies or colorable imitations

        thereof that is not a genuine Millimages product or not authorized by Millimages to be sold in connection with the Millimages IP.

4. Upon Millimages's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Millimages IP.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Millimages is awarded statutory damages from each of the Defaulting Defendants in the amount of $200,000 for willful use of counterfeit Millimages Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Pursuant to 17 U.S.C. § 504(c)(2), Millimages is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of infringing Millimages Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

7. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

8. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Millimages as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Millimages the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

9. Until Millimages has recovered full payment of monies owed to it by any Defaulting Defendant, Millimages shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

10. In the event that Millimages identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Millimages may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

11. The one hundred fifty four thousand dollar ($154,000) bond posted by Millimages is hereby released to Millimages or its counsel, Aronberg Goldgehn Davis & Garmisa, 225 W. Washington St. Suite 2800, Chicago IL 60606 (Attn: Sofia Quezada Hastings). The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Millimages or its counsel.

This is a Default Judgment.

Dated: July 16, 2024

_____
Thomas M. Durkin
United States District Judge

**DEFAULT SCHEDULE A**

| No | Name | URL |
|---|---|---|
| 1 | Changsha Dahuan Electronic Technology Co., Ltd. | csdahuan.en.alibaba.com/minisiteentrance.html |
| 2 | Guangzhou Enjoyment Toys Co., Ltd. | enjoymenttoys.en.alibaba.com/minisiteentrance.html |
| 3 | Jingshui Liushen (Shenzhen) Technology Co., Ltd. | gdjsls.en.alibaba.com/minisiteentrance.html |
| 4 | Ollrare Industrial Co., Ltd. | ollrare.en.alibaba.com/minisiteentrance.html |
| 5 | Shenzhen Esport Technology Co., Ltd. | esport.en.alibaba.com/minisiteentrance.html |
| 6 | Shenzhen XNG Tech Co., Ltd. | szxng.en.alibaba.com/minisiteentrance.html |
| 7 | Wenzhou Mayya International Co., Ltd. | wzmayya.en.alibaba.com/minisiteentrance.html |
| 8 | Yiwu Engwon Craft Factory | engwon.en.alibaba.com/minisiteentrance.html |
| 9 | Yiwu Fs Trade Co., Ltd. | super7788.en.alibaba.com/minisiteentrance.html |
| 10 | Yiwu Lanqu Trading Company Limited | lanyu-cn.en.alibaba.com/minisiteentrance.html |
| 11 | Yiwu Qingwen Trading Firm | hellofriend.en.alibaba.com/minisiteentrance.html |
| 12 | Yiwu Zhenyu Trading Firm | hifriend.en.alibaba.com/minisiteentrance.html |
| 13 | Yueqing Ouyue Foreign Trade Co., Ltd. | yqoy.en.alibaba.com/minisiteentrance.html |
| 14 | 239 carpets Store | aliexpress.com/store/1101957499 |
| 15 | CS Boutique carpet global Store | aliexpress.com/store/1101808614 |
| 16 | JUN PAN Toys Speciality Store | aliexpress.com/store/1101993536 |
| 17 | Large mouse pades Store | aliexpress.com/store/1101725767 |
| 18 | RICCU fashion iphone case Store | aliexpress.com/store/1102313655 |
| 19 | Ritnow Stickers Store | aliexpress.com/store/912217331 |
| 20 | SanBro Store | aliexpress.com/store/1101873336 |
| 21 | Shop1100219627 Store | aliexpress.com/store/1102012923 |
| 22 | Shop1102304265 Store | aliexpress.com/store/1102301248 |
| 23 | Shop1102410021 Store | aliexpress.com/store/1102409016 |
| 24 | Shop5891769 Store | aliexpress.com/store/1101388495 |
| 25 | SUXIANG01 Store | aliexpress.com/store/1102475123 |
| 26 | ZWQHOT Store | aliexpress.com/store/1101704579 |
| 27 | ZZONEKID Store | aliexpress.com/store/1101874269 |
| 28 | Dismissed | |
| 29 | Dismissed | |
| 30 | Dismissed | |
| 31 | Haoxin Grocery Store | amazon.com/sp?ie=UTF8&seller=AMVDLZ4NWPXGK |
| 32 | Dismissed | |
| 33 | Dismissed | |
| 34 | Dismissed | |
| 35 | xiamenhaiyiyuemaoyi | amazon.com/sp?ie=UTF8&seller=A2MH54CBOPIFH1 |
| 36 | Dismissed | |
| 37 | YANG XUE | amazon.com/sp?ie=UTF8&seller=A18MW1BYVM97AJ |

| No | Name | URL |
|---|---|---|
| 38 | Dismissed | |
| 39 | amigurumiperisii | etsy.com/shop/amigurumiperisii |
| 40 | BenshopAT | etsy.com/shop/BenshopAT |
| 41 | Dismissed | |
| 42 | DlTUTT0UNP0 | etsy.com/shop/DlTUTT0UNP0 |
| 43 | kawaiigiftsUK | etsy.com/shop/kawaiigiftsUK |
| 44 | LittlePomPomGifts | etsy.com/shop/LittlePomPomGifts |
| 45 | momankids | etsy.com/shop/momankids |
| 46 | PencilmaticDecals | etsy.com/shop/PencilmaticDecals |
| 47 | StarNooksShop | etsy.com/shop/StarNooksShop |
| 48 | SYSYCreationShop | etsy.com/shop/SYSYCreationShop |
| 49 | UkiukiStudio | etsy.com/shop/UkiukiStudio |
| 50 | casemiya | casemiya.com/ |
| 51 | Dsport | onbuy.com/gb/shop/dsport/ |
| 52 | FIRSTONE | qoo10.com/shop/4lu6gg2a9e7_SG_us |
| 53 | G Hirubhasti | redbubble.com/people/Hirubha/shop |
| 54 | MaruShrimp | redbubble.com/people/MaruShrimp/shop |
| 55 | richardcury | redbubble.com/people/richardcury/shop |
| 56 | Dismissed | |
| 57 | Dismissed | |
| 58 | Dismissed | |
| 59 | Dismissed | |
| 60 | Dismissed | |
| 61 | Dismissed | |
| 62 | Haikou Huanghaiyan Technology Co. Ltd | walmart.com/seller/101277961 |
| 63 | Shenzhen Hongji supply chain Co., LTD | walmart.com/seller/18988 |
| 64 | Dismissed | |
| 65 | Lovehome Electronics LLC. | walmart.com/seller/101095528 |
| 66 | Dismissed | |
| 67 | Dismissed | |
| 68 | Dismissed | |
| 69 | Dismissed | |
| 70 | shenzhenlvheshangmaoyouxiangongsi | walmart.com/seller/101271691 |
| 71 | SLD | walmart.com/seller/101195196 |
| 72 | Tangyin Sengyining Network Technology Co. Ltd | walmart.com/seller/101297421 |
| 73 | Thsue | walmart.com/seller/101199148 |
| 74 | Dismissed | |
| 75 | Dismissed | |
| 76 | adjoins household | wish.com/merchant/6028120014f98eeb13927796 |
| 77 | Amazing China kk | wish.com/merchant/5ed49e45e469e0025ace9b5f |
| 78 | Ashley Grannell | wish.com/merchant/5ea0c15013546c205edb02f2 |

9

| No  | Name | URL |
|-----|------|-----|
| 79  | Behonest | wish.com/merchant/56ff7d08f591cf590d4efe46 |
| 80  | Beijing Ding zhen Trading Co., Ltd. | wish.com/merchant/581eb0f996f2cc46adbb8d1a |
| 81  | bodhicitta tara | wish.com/merchant/563c97b978bc39378c6cce87 |
| 82  | caishidi | wish.com/merchant/5a3bc5457b584e7041251b12 |
| 83  | caotianlong0930 | wish.com/merchant/5fbf452d42eefa6f4868de13 |
| 84  | chenyelin1123 | wish.com/merchant/5f0d8b5af9ee87f8c56efa62 |
| 85  | chrenlin | wish.com/merchant/5eddc96d5c316d2a1fbb6558 |
| 86  | chuzhongkeji | wish.com/merchant/568e0223943b000372d74b4d |
| 87  | City Critters, Inc. | wish.com/merchant/601904233601976735b8ad14 |
| 88  | cuizhenjiang4616 | wish.com/merchant/60371665119664296a5c4cb4 |
| 89  | Denise King | wish.com/merchant/5e86c86d8da5c26b407aa262 |
| 90  | Donald Reed | wish.com/merchant/5eb4b4359f34260534c55a86 |
| 91  | Dshu5576kpk | wish.com/merchant/60211eea480971dfc9c6d599 |
| 92  | Fashion Talent Store | wish.com/merchant/5d58efd240defd60b1aca4d4 |
| 93  | Georist | wish.com/merchant/58a1b5adc7751e4f740f550d |
| 94  | Gloeyrinby Clothes | wish.com/merchant/5f0bfd7ac67d18e34fb253b8 |
| 95  | hanxiangsheng | wish.com/merchant/5e999587eda4689ab4beb44a |
| 96  | jiakexin473664 | wish.com/merchant/5fc456e8e74ab332a219d9ce |
| 97  | Jinghestationery | wish.com/merchant/5ab9f9f297223326d33abca5 |
| 98  | JKLOKKKO | wish.com/merchant/5ff53fb84647cc380e2c7cd7 |
| 99  | JuliusAndrewuCuNk | wish.com/merchant/5ea68f80e3501b0a327f7020 |
| 100 | kanglongsheng4444 | wish.com/merchant/5fc490791d01783ced57068a |
| 101 | lawyerobjk | wish.com/merchant/5ae2a52ba6bf7a404e469a69 |
| 102 | Le jia flagship store | wish.com/merchant/5d50dbfd83889758c1e6a9a5 |
| 103 | lifuzhou | wish.com/merchant/5a1f7709e650337ae304e06d |
| 104 | Psychedelic | wish.com/merchant/57e39ea24449682e140ade72 |
| 105 | qayykkxru | wish.com/merchant/5f06c8a89265b62a02d9affb |
| 106 | qichuanhao77890 | wish.com/merchant/5ffd30830d383a3a0759a6fb |
| 107 | qingyong5292 | wish.com/merchant/60448d5b035a8305463d73fa |
| 108 | rich never sad | wish.com/merchant/60d8cdf35056fd0d25a94707 |
| 109 | S6D6F6 | wish.com/merchant/5e92f83f2522bc8102c76741 |
| 110 | sunlimei5247 | wish.com/merchant/6042e81b0f642a14da7a6df2 |
| 111 | underrcai throwing | wish.com/merchant/602a8dcbfdb2c87acf1554d2 |
| 112 | wangwei4804 | wish.com/merchant/61149664f199bba8cbd35e80 |
| 113 | xihuguojinmilan | wish.com/merchant/6086762893394744786b2b59 |
| 114 | yangwenzeng Store | wish.com/merchant/5f61d48f6c4ed5b1d2fd3355 |
| 115 | zeusgt | wish.com/merchant/5e3cbb3ab2079a0978082cec |
| 116 | zhouyoukui | wish.com/merchant/604447112d08b76f5ce0e896 |
| 117 | Takara Tomy 1 Store | aliexpress.com/store/1101835743 |
| 118 | wholesale Childrens Clothings Store | aliexpress.com/store/1101874269 |
| 119 | OSKARSSON ANDERSSTEFAN | amazon.com/sp?ie=UTF8&seller=A314D3DDONDY9R |
| 120 | able kids official store | aliexpress.com/store/2407098 |
| 121 | BigMac Store Store | aliexpress.com/store/5891769 |

10

| No | Name | URL |
|---|---|---|
| 122 | JayZZ Store | aliexpress.com/store/5162014 |
| 123 | Laumango Spin Exclusive Store | aliexpress.com/store/1102878836 |
| 124 | Lytwtws Wholesale Store | aliexpress.com/store/1102043404 |
| 125 | MiMi's Stationery Store | aliexpress.com/store/1101587103 |
| 126 | Shop1100346595 Store | aliexpress.com/store/1102043404 |
| 127 | Shop1102304524 Store | aliexpress.com/store/1102302520 |
| 128 | Shop1102378260 Store | aliexpress.com/store/1102378261 |
| 129 | Shop1102410023 Store | aliexpress.com/store/1102411014 |
| 130 | Shop5779874 Store | aliexpress.com/store/1101388495 |
| 131 | Shop5870900 Store | aliexpress.com/store/1101507186 |
| 132 | Top Toy Flagship Store | aliexpress.com/store/613287 |
| 133 | TT tops Store | aliexpress.com/store/1101323354 |
| 134 | Xianfeng Stationary Store | aliexpress.com/store/1100511335 |
| 135 | ZLZ Factory Store | aliexpress.com/store/1101954080 |
| 136 | Cax store | amazon.com/sp?ie=UTF8&seller=A3UWOIV8FKW4HV |
| 137 | Dismissed | |
| 138 | Dismissed | |
| 139 | Dismissed | |
| 140 | Dismissed | |
| 141 | Dismissed | |
| 142 | Peach | onbuy.com/gb/shop/peach/ |
| 143 | Pet Mad Company | onbuy.com/gb/shop/pet-mad-company/ |
| 144 | AVEN RABBIT is an Aven Rabbit | temu.com/aven-rabbit-is-an-aven-rabbit-m-232554714557.html |
| 145 | Charm Sticker | temu.com/charm-sticker-m-634418211566871.html |
| 146 | HE DAO | temu.com/he-dao-m-4240974491.html |
| 147 | Kunpeng musical instrument | temu.com/kunpeng-musical-instrument-m-3294787224779.html |
| 148 | Meet Chan | temu.com/meet-chan-m-634418211613903.html |
| 149 | megoo | temu.com/megoo-m-306157196717.html |
| 150 | Dismissed | |
| 151 | chenyaqi3320 | wish.com/merchant/5ea93f2b724e39ec5ab57d4c |
| 152 | jdkahsdiohao | wish.com/merchant/6056dadb3ed8cb03446f0a1b |
| 153 | unvisioned1 | wish.com/merchant/58dcb4425b306d2a127a69eb |
| 154 | YIwuDina | wish.com/merchant/59bf7ba68ee78d7d9f542cdd |

11